UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-8805-GW(JPRx) | Date | June 28, 2018 |
|---|---|---|---|
| Title | *Clay Murray, et al. v. County of Santa Barbara, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Aaron J. Fischer<br>Richard B. Diaz<br>Jennifer T. Stewart | Amber R. Holderness, by telephone |

**PROCEEDINGS:**     **SCHEDULING CONFERENCE**

Court and counsel confer. Pursuant to the request of counsel, the above-entitled action is STAYED until January 10, 2019 pending settlement. Counsel are to provide joint status reports as indicated on the record.

|  | : | 03 |
|---|---|---|
| Initials of Preparer | JG | |