# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-8805-GW(JPRx) | Date | February 1, 2021 |
|---|---|---|---|
| Title | *Clay Murray, et al. v. County of Santa Barbara, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Aaron J. Fischer<br>Stacy L. Foster<br>Joshua C. Toll | Amber R. Holderness |

**PROCEEDINGS:** TELEPHONIC HEARING ON JOINT MOTION FOR FINAL APPROVAL OF STIPULATED JUDGMENT [93]

Court and counsel confer. For reasons stated on the record, the Motion is GRANTED. Order to issue.

| | : | 08 |
|---|---|---|
| | Initials of Preparer | JG |