1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 CLAY MURRAY, DAVID FRANCO, SHAREEN WINKLE, MARIA TRACY, ERICK BROWN, on behalf of themselves and all others similarly situated, | Case No. CV 17-8805-GW-JPRx |
| | **CLASS ACTION** |
| 13 | |
| 14 Plaintiffs, | **ORDER ON JOINT STATUS REPORT AND STIPULATION RE: IMPLEMENTATION OF REMEDIAL PLAN** |
| 15 v. | |
| 16 COUNTY OF SANTA BARBARA, and SANTA BARBARA COUNTY SHERIFF'S OFFICE, | Complaint Filed:  December 6, 2017 |
| 18 Defendants. | |

20

21

22

23

24

25

26

27

28

This Court, having considered the parties' Joint Status Report and Stipulation re: Implementation of Remedial Plan (the "Stipulation"), Docket No. 103, and good cause appearing, the Court orders as follows:

1. The parties' Stipulation is adopted as an Order of the Court, and the parties are ordered to comply with all its terms.

2. All terms in the Stipulated Judgment filed July 17, 2020 (Docket No. 75-1) remain in full effect, except as modified by the Stipulation and this Order.

3. These remedies are consistent with the Prison Litigation Reform Act's requirement that the Court's orders be narrowly drawn, extend no further than necessary to correct the violation of a federal right, and be the least intrusive means necessary to correct the violation. *See* 18 U.S.C. § 3626(a)(1)(A).

4. The Remedial Plan Experts will monitor implementation and compliance with the Remedial Plan in the Stipulated Judgment and this Stipulation, and assist in dispute resolution, as set forth in the Stipulated Judgment and the provisions in Exhibit B therein.

5. The Court shall retain jurisdiction to enforce the terms of the Stipulated Judgment, the Stipulation, and this Order.

IT IS SO ORDERED.

DATED:  August 14, 2023

_____
HON. GEORGE H. WU
United States District Judge

- 1 -